# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In re ECKLUND. | Case No. 21-cv-02677-HSG |
|---|---|
| | **JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 21, 2021

HAYWOOD S. GILLIAM, JR.
United States District Judge